**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **EARLINE SPENCE** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Case No. 8:26-cv-03134-TDC** |
| | : | |
| **v.** | : | |
| | : | |
| **STONEMOR, INC.** | : | |
| **d/b/a Everstory Partners, et al.** | : | |
| | : | |
| **Defendants.** | : | |

---

**ORDER**

Upon Consideration of the Joint Motion for Extension of Time to File Responsive Pleading, it is, this 23d day of Sept, 2026; hereby

ORDERED that Defendants shall have until October 14, 2026 to file their responsive pleading in this matter.

Hon. Theodore D. Chuang
United States District Judge